■ NICOLE M. KWAIZER, Respondent, v JOY M. SITARSKI et al., Appellants, et al., Defendant. [932 NYS2d 410]—

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on October 17 and 21, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Smith, Sconiers, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JALETTE R. FAIN, Also Known as JALETTE FAIN, Appellant. [933 NYS2d 630]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Peradotto, Green and Gorski, JJ.